# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **MICHAEL JARVIS SHIPP** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. 1:15-cv-0012 |
| ) | **CHIEF JUDGE CRENSHAW** |
| **JAMES HOLLOWAY** ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with the Memorandum Opinion contemporaneously entered, the Court concludes that Petitioner's habeas corpus Petition, (Doc. No. 1), should be **DENIED** and this action is hereby **DISMISSED**.

Should the Petitioner file a timely Notice of Appeal, such Notice shall be treated as an Application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will **NOT** issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE